MARY CHARLOTTE MORRISON v. JOHN MORRISON.— Motion granted upon condition that defendant file a surety company undertaking in the sum of $10,000, conditioned that he will pay plaintiff the counsel fee and alimony that will have accrued if the order is affirmed, or so much thereof as may be allowed in the event of modification of the order appealed from, within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Summary Proceedings to Compel JOSEPH LINDE, Attorney at Law, to Turn over Certain Moneys and Papers Belonging to REBECCA B. APPEL and REBECCA APPEL, as Administratrix of the Estate of ABRAHAM BEUTLER, Also Known as ABRAHAM BEITLER, Deceased, and to Execute a Substitution of Attorneys.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

WILLIAM RUSSO v. ANGELINA RUSSO.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY v. J. CLARK DULANY and Others.— Motion denied, with ten dollars costs. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

INTERWOVEN STOCKING COMPANY v. SAUL DANIELS and Others, Impleaded, etc.— Motion granted upon condition that within ten days from service of order the assignment be impounded and the inventory of assets be filed. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

31 WEST EIGHTY-SIXTH STREET CORPORATION v. JOSEPH G. SIEGEL and Others.— Motion granted to the extent of staying the receivership pending appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MALVIN M. FRANKLIN v. ÆTNA LIFE INSURANCE COMPANY, HARTFORD, CONNECTICUT, a Connecticut Corporation.— Motion granted, unless plaintiff within ten days from service of order file a surety company bond conditioned to secure repayment of the amount paid under the policy involved in the event that the appellant is successful upon appeal. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY L. SINGER v. AQUITANIA REALTY CORPORATION and SAMUEL BECK and Others.— Motion granted upon condition that the defendants, appellants, file a surety company bond, in form and amount satisfactory to the receiver, within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JULIUS PEZENIK v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

DABBIE DAVIS v. EUGENE ANTHONY TRESOR and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the additional bond of $1,500 heretofore provided for to be filed within ten days from service of order and procure the record on appeal to be filed on or before September 1, 1931, with notice of argument for October 9, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.